# Court of Appeals
# of the State of Georgia

ATLANTA,_____March 10, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15D0264. BELINDA J. JENKINS v. U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK.**

U.S. Bank National Association filed a dispossessory action against Belinda Jenkins in magistrate court, which entered a writ of possession in favor of the bank on October 6, 2014. Jenkins appealed to superior court, and on December 3, 2014 the trial court also granted a writ of possession in favor of the bank. Jenkins, through attorney Grady Roberts, sought discretionary appeal from that court order. We denied the application for discretionary appeal on January 8, 2015.[1] On February 10, 2015, the trial court re-issued its writ of possession to properly cite the address as 906 Amber Trail, rather than 906 Amber Rail. Jenkins, again through attorney Grady Roberts, has filed an application for discretionary appeal from the February 2015 court order, raising the exact same arguments previously raised in her first application for discretionary appeal. We lack jurisdiction to consider this new application.

"It is axiomatic that the same issue cannot be relitigated *ad infinitum*. The same is true of appeals of the same issue on the same grounds." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000); see also *Jordan v. State*, 253 Ga. App. 510, 511 (2) (559 SE2d 528) (2002). The denial of Jenkins' application for discretionary appeal was an adjudication on the merits, and the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1)

---

[1] See *Jenkins v. U.S. Bank National Association*, Case No. A15D0182 (denied January 8, 2015).

(649 SE2d 313) (2007). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   03/10/2015
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*